## 74727. WALDEN v. THE STATE.
(378 SE2d 418)

CARLEY, Chief Judge.

After appellant was convicted and sentenced for a traffic offense, a $382.20 judgment for court costs was entered against her. This judgment was comprised of the following elements: $100 for bailiffs; $150 for six jurors; $63 for witnesses; and, $69.[2]0 for the services of the clerk of the trial court. Appellant appealed from the judgment for court costs and this court affirmed with direction that $53 of the $63 representing witness fees be written off. *Walden v. State*, 185 Ga. App. 413 (364 SE2d 304) (1987).

The Supreme Court granted a writ of certiorari "to review the

question whether a trial court may tax the costs of bailiffs and jurors against the defendant in a criminal case." *Walden v. State*, 258 Ga. 503 (371 SE2d 852) (1988). The Supreme Court held that "the costs in question are not taxable to criminal defendants. . . ." *Walden v. State*, supra at 504. Accordingly, the judgment of the Supreme Court is made the judgment of this court and the $382.20 judgment against appellant is affirmed with direction that $100 representing the cost for bailiffs, $150 representing the cost for jurors and $53 of the $63 representing the cost for witnesses be written off.

*Judgment affirmed with direction. Deen, P. J., McMurray, P. J., Banke, P. J., Birdsong, Sognier, Pope, Benham and Beasley, JJ., concur.*

DECIDED JANUARY 23, 1989.

*Larry W. Yarbrough*, for appellant.
*Patrick H. Head, Solicitor, Melodie H. Clayton, Philip Goldstein, Assistant Solicitors*, for appellee.